| | | | |
|---|---|---|---|
| Com. v. Shugars ..................... | 1712 WDA 2015 Affirmed | 07/14/2016 | CP–42–CR–0000434– 2013 (McKean) |
| B.D. v. C.D. ........................ | 1902 WDA 2015 Affirmed | 07/14/2016 | No. FD 09–008969–005 (Allegheny) |
| Com. v. Negich ..................... | 1995 WDA 2015 Affirmed | 07/14/2016 | CP–65–CR–0000473– 2008 (Westmoreland) |
| Com. v. Lynch ..................... | 1573 EDA 2014 Affirmed | 07/15/2016 | MC–51–CR–0039189– 2013 (Philadelphia) |
| Com. v. Shoatz ..................... | 2558 EDA 2014 Affirmed | 07/15/2016 | CP–51–CR–0007113– 2012 (Philadelphia) |
| Com. v. Small ..................... | 2922 EDA 2014 Affirmed | 07/15/2016 | CP–51–CR–0003213– 2009 (Philadelphia) |
| Com. v. Shields ..................... | 3446 EDA 2014 Affirmed | 07/15/2016 | CP–51–CR–0001153– 2013 MC–51–CR–0047921– 2012 (Philadelphia) |
| K.C. v. L.A. ........................ | 499 EDA 2015 Reversed and Remanded | 07/15/2016 | No. 2013–FC–0708 (Lehigh) |
| Cooper v. Armstrong World Industries, Inc. ............................. | 632 EDA 2015 Affirmed | 07/15/2016 | August Term, 2013, No. 02452 (Philadelphia) |
| Cooper v. Armstrong World Industries, Inc. ............................. | 633 EDA 2015 Affirmed | 07/15/2016 | 2452 August Term, 2013 (Philadelphia) |
| Com. v. Jones ....................... | 819 EDA 2015 Affirmed | 07/15/2016 | CP–51–CR–0008032– 2013 (Philadelphia) |
| Estate of Flatow [23] ................... | 1248 EDA 2015 Affirmed | 07/15/2016 | No. 677 of 2011; No. 2312–2900 (Delaware) |
| Ocwen Loan Servicing v. Vuono........ | 1673 EDA 2015 Affirmed | 07/15/2016 | 3383–CV 09 (Monroe) |
| One Penn Asso. v. Wasser ............. | 1844 EDA 2015 Affirmed | 07/15/2016 | April Term, 2014, No. 2169 (Philadelphia) |
| Com. v. Davis ....................... | 2050 EDA 2015 Affirmed | 07/15/2016 | CP–51–CR–0300791– 2001 (Philadelphia) |
| Com. v. Twyman ..................... | 2399 EDA 2015 Affirmed | 07/15/2016 | CP–15–CR–0000940– 2014 (Chester) |

23. Petition for reargument denied August 31, 2016.